Nesterenko v Hall (2025 NY Slip Op 05440)

Nesterenko v Hall

2025 NY Slip Op 05440

Decided on October 3, 2025

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on October 3, 2025

PRESENT: LINDLEY, J.P., MONTOUR, SMITH, DELCONTE, AND HANNAH, JJ. (Filed Oct. 3, 2025.) 

MOTION NO. (270/25) CA 24-01080.

[*1]VLADIMIR NESTERENKO, PLAINTIFF-APPELLANT,
v
BURR W. HALL, M.D., DEFENDANT-RESPONDENT.

MEMORANDUM AND ORDER
Motion for reargument denied.